

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/14/2019

November 13, 2019

**By ECF**

Hon. Lorna G. Schofield
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

*Roldan vs. Sabon 458 BWY, LLC and 458 Grand Broadway Owners Corp.*
*19-cv-07415 (LGS)*

Dear Hon. Judge Schofield:

This firm represents Defendant Sabon 458 BWY, LLC ("Defendant" or "Sabon") in the above-referenced matter. I write to request an adjournment of the Initial Conference, which is scheduled for November 21, 2019.

The Initial Conference was initially scheduled for November 14, 2019. On November 6, 2019, I filed a letter-motion to adjourn the Initial Conference to January pending settlement discussions, and the motion was denied. (Dkt. No. 10.)

On November 7, 2019, Plaintiff's counsel filed a separate letter-motion to adjourn the Initial Conference. On November 8, 2019, Your Honor granted the letter motion and adjourned the Initial Conference until November 21, 2019. (Dkt. No. 12.)

Unfortunately, I have a conflict on November 21, 2019. I am scheduled for oral argument before the Appellate Division, First Department that day on a separate matter. The oral argument was scheduled several weeks ago. I have attached to this letter the First Department's calendar for November 21, 2019, and highlighted the case that I will be arguing, *Bonnaig v. Walton*, Case Nos. 2015-1870 and 2019-2710.

If the Court will permit this adjournment request, please note that the only upcoming days that the undersigned is unavailable is November 26, 2019 and December 12, 2019. A few hours ago, I emailed Plaintiff's counsel to ask if they consented or objected to this request, but I have not received a response yet.

Application GRANTED. The initial pretrial conference, scheduled for November 21, 2019, is adjourned to December 5, 2019, at 10:40 a.m.

Dated: November 14, 2019
New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

# Appellate Division, First Department

## Thursday, November 21, 2019
**2:00 PM**

| Case #[1] | Lower Court # | Case Name | Argument Time Appellant | Respondent |
|---|---|---|---|---|
| 2017 - 3010 | 3655/14 | PEOPLE V EDWARD GARCIA | 10 | 10 |
| 2015 - 1870 | 110429/11 | *BONNAIG V WALTON | 15 | 15 |
| 2019 - 2710 | 110429/11 | *BONNAIG V WALTON | 15 | 15 |
| 2018 - 4954 | B46589/16 | N., AMANDA | 0 | 15 |
| 2018 - 4676 | 154536/15 | GILLIGAN V CJS BUILDERS | 15 | 15 |
| 2018 - 3804 | 3802/16 | PEOPLE V TUARON SMITH | 5 | 0 |
| 2018 - 3933 | 653017/13 | CITIGROUP V FIORILLA | 15 | 15 |
| 2017 - 1946 | 3168/16 | PEOPLE V JOSE SOTO | 0 | 0 |
| 2018 - 5052 | 654559/17 | WIMBLEDON FINANCING V SAGE GROUP | 15 | 15 |
| 2019 - 2704 | 151322/2018 | HIGHLAND CAPITAL V DOW JONES | 15 | 15 |
| 2019 - 2536 | N23922/16 | R., CHILDREN | 0 | 10 |
| 2018 - 3820 | 651927/16 | MUTUAL REDEVELOPMENT V SKYLINE | 15 | 15 |
| 2018 - 1419 | 30/14 | PEOPLE V KENNETH CAMPBELL | 10 | 15 |
| 2018 - 2494 | 2536/17 | PEOPLE V LUIS BONILLA | 10 | 0 |
| 2018 - 4558 | 21246/2013 | J.G. V NYCHHC | 15 | 15 |
| 2017 - 2612 | 4863/12 | PEOPLE V PEDRO HERNANDEZ | 15 | 15 |
| 2019 - 5543 | 153731/18 | *LIPIN V LIPIN | 15 | 15 |
| 2019 - 5067 | 153731/18 | *LIPIN V LIPIN | 15 | 15 |
| 2019 - 3291 | 150972/14 | *LIPIN V DANSKE BANK | 15 | 15 |
| 2019 - 4993 | 150972/14 | *LIPIN V DANSKE BANK | 15 | 15 |
| 2019 - 54 | N 150972/14 | *LIPIN V DANSKE BANK | 0 | 0 |
| 2019 - 24 | N 160174/17 | ESTATE OF ARTHUR V 400 EAST | 0 | 0 |

[1] Value in parentheses indicates the number of orders/judgments being appealed under this case number.

Note: 'N' indicates a case is non-enumerated