```
UNITED STATES DISTRICT COURT                    USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                   DOCUMENT
------------------------------------------------------------X   ELECTRONICALLY FILED
                                            :   DOC #:_____
BARBARA ROLDAN,                             :   DATE FILED: 12/04/2019
                          Plaintiff,        :
                                            :   19 Civ. 7415 (LGS)
         -against-                          :
                                            :            ORDER
SABON 458 BWY, LLC., et al.,                :
                          Defendants.       :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

The Court has been informed that the parties have reached a settlement in principle in this case. Accordingly, it is hereby ORDERED that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty (30) days of this Order. Any application to reopen filed after thirty (30) days from the date of this Order may be denied solely on that basis. Any pending motions are DISMISSED as moot, and all conferences and deadlines are CANCELED.

Dated: December 4, 2019
       New York, New York

                                        _____
                                             LORNA G. SCHOFIELD
                                          UNITED STATES DISTRICT JUDGE